IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APACHE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-0137 |
| | § | |
| JOHN CHEVEDDEN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Apache Corporation's Motion for Speedy Hearing (Docket Entry No. 3) is granted. A scheduling conference—not to address the merits, but to set a schedule for resolving the issues raised in this case—is set for February 15, 2012, at 9:00 a.m. The defendant may appear by telephone by calling the court's designated conference line at (713) 250-5550.

SIGNED on February 3, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge